# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| LILI WAN | : |
| | : |
| Plaintiff, | : |
| | : |
| -vs- | : |
| | : Civil Action No. |
| CENTRAL TRANSPORT, INC | : JURY TRIAL DEMANDED |
| | : |
| Defendant | : |
| _____ | : |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, Central Transport LLC, (incorrectly, named as "Central Transport, Inc.") by and through their attorneys, Rawle & Henderson LLP, respectfully aver as follows:

1. At all materials times, plaintiff, Lili Wan, was and is a citizen of the State of Delaware, and currently resides in in Wilmington, Delaware. (See Complaint attached hereto as Exhibit "A")

2. At all material times, Defendant, Central Transport LLC was and is a limited liability company organized and existing under the laws of Michigan with a

16318722-1

principal place of business in Warren, Michigan. (See Affidavit attached as Exhibit "B".)

3. Central Transport LLC's sole member is LTL Holding Company, LLC, which is a Michigan limited liability company with its principal place of business in Warren, Michigan. LTL Holding Company, LLC's members are Matthew T. Moroun, the 2020 LSM Trust and Matthew J. Moroun. Both individuals, Matthew T. Moroun and Matthew J. Moroun are residents and citizens of Michigan. Likewise, the 2020 LSM Trust is organized and existing under the laws of Michigan. (See Exhibit "B").

5. Plaintiff commenced this civil action against Defendant in the Superior Court of Delaware, New Castle County filed on or about August 24, 2022.

6. Central Transport LLC first notice of this lawsuit was when a hand delivery of the Summons and Complaint was made to a Central Transport LLC, terminal located at 3504 Governor Printz Blvd., Wilmington , DE. Service as not attempted earlier than August 24, 2022. (See Exhibit "A"). Therefore, this Notice of Removal to Federal Court is timely filed.

7. Plaintiff alleges the following in her Complaint:

> Since then, due to the severity of my injuries, I could not take care of myself and had to stay in my friend's home in New York for therapy and treatment.

16318722-1

(See Exhibit "A," Paragraph 11).

8. Plaintiff alleges permanent injuries and deemed totally disabled by "various neurologists and have been receiving medical treatments." (See Exhibit "A," Paragraph 12).

9. Additionally, plaintiff seeks $5,000,000 in damages and requested $500,000 to "address current financial difficulties"). (See Exhibit "A," Paragraphs 18-19).

10. Based upon a fair reading of the Complaint, Plaintiff has set forth a claim in which the amount in excess of the jurisdictional limit of $75,000.00, exclusive of interest and costs, may be at stake.

11. Diversity of citizenship within the meaning of 28 U.S.C. §1332 exists between Plaintiff and Defendant as the Defendant is not a citizen of the State of Delaware. See paragraphs 1 through 6 above.

12. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that Defendant is entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

**WHEREFORE**, Defendant, Central Transport LLC, (incorrectly identified as Central Transport, Inc.") prays that the above captioned action now pending in

16318722-1

the Superior Court of Delaware in and for New Castle County, be removed therefrom to this Honorable Court.

                          RAWLE & HENDERSON LLP

By:_____
      Delia A. Clark
      Attorneys for Defendant,
      Central Transport LLC
      300 Delaware Avenue, Ste 1120
      Wilmington, DE 19801
      302-778-1200

Dated: September 15, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th[th] day of September 2022 a copy of Defendant's Notice of Removal and 7.1 Disclosure Statement was served via first-class mail, postage prepaid, on the following:

Lili Wan
58 Marta Drive
Wilmington, DE 19808

RAWLE & HENDERSON, LLP

_____
Delia A. Clark
Attorney for Defendant

16318722-1