# EXHIBIT "A"

EFiled: Aug 24 2022 12:17PM EDT
Transaction ID 67966725
Case No. N22C-08-240 PAW

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| LILI WAN<br><br>   Plaintiff,<br>v.<br><br>Central Transport Inc<br><br>   Defendant, | C.A. No.<br><br>N22C-08-240 PAW<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Sworn under the penalty of perjury, the Plaintiff, Lili Wan, brings this action for reckless negligence, and hereby states and deposes:

## FACTS AND CAUSE OF ACTION

1. My name is Lili Wan; I've been working in DB Logistics USA Inc until my accident taken place on Nov 29th, 2021.

2. At 9:30 a.m. on November 29, 2021, Central Transport sent a truck to DB Logistics to pick up goods (Exhibit: Bill of Lading).

3. I came into the truck to operate the dock leveler with an actuation handle as usual.

4. When I was lifting the dock leveler plate with the handle, the Central Transport driver, without prior communication or alert, suddenly and recklessly stepped on the plate.

5. The stepping caused me to immediately lose balance, the handle flew off, and I fell on my back, hitting the back of my head on the floor inside the truck. I almost passed out.

6. My colleagues heard the collision sound and came to check. I was unable to move, and only after a long time was I, bearing severe pain, helped out of the truck by my colleagues.

7. While my colleagues were attending my situation, the Central Transport driver drove away from the scene.

8. I was sent to Christiana Care immediately and was diagnosed brain concussion.

9. On December 5, 2021, my friend Lingxi Kong used the address on the Bill of Lading and drove me to Central Transport. I was groggy and weak. But the doorman refused to let us in to identify the truck.

10. Lingxi Kong called the police, who then arrived and asked to see the in-truck video of the incident, but the manager hung up on him. The police produced a report documenting the situation.

11. Since then, due to the severity of my injuries, I could not take care of myself and had to stay in my friend's home in New York for therapy and treatment.

12. I suffer from permanent injuries and was deemed to be totally disabled by various neurologists and have been receiving medical treatments.

## PARTIES

13. Lili Wan was an employee of DB Logistics USA Inc.

14. Central Transport Inc, a Delaware corporation with its principal place of business in Pennsylvania, is a transportation company that provides trucking services to businesses across the United States.

## JURISDICTION AND VENUE

15. The Court has subject matter jurisdiction as the state trial court of general jurisdiction in lawsuits seeking damages without a monetary threshold.

16. The Court has personal jurisdiction over Lili Wan, pursuant to 10 Del. C. § 3104, inasmuch as Lili Wan lives and works in the State.

17. The Court has personal jurisdiction over Central Transport Inc inasmuch as it is a Delaware corporation, as well as it transacts business and contracts to supply services in the State (10 Del. C. § 3104).

## PRAYER FOR RELIEF

18. I am now filing a lawsuit in court seeking $5 million in damages.

EFiled:  Aug 24 2022 12:17PM EDT
Transaction ID 67966725
Case No. N22C-08-240 PAW

19. I also hope that the Defendant will pay $500,000 up front to address my current financial difficulties.

## DEMAND FOR JURY TRIAL

20. Plaintiff demands a trial by jury as to all issues.

*Li Li Wan*

Dated: Aug 24, 2022

Lili Wan
58 Marta Dr
Wilmington, DE 19808
212-222-6688