IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LILI WAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-1206-RGA |
| | : | |
| CENTRAL TRANSPORT, INC., | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

This **27th** day of September**,** 2022, IT IS ORDERED THAT;

1. Discovery.

    a. Discovery Cut Off.  All discovery in this case shall be initiated so that it will be completed on or before **January 27, 2023.**

    2. Courtesy Copies. The parties shall provide to the Court two courtesy copies of all briefs and one courtesy copy of any other document filed in support of any briefs (i.e., appendices, exhibits, declarations, affidavits etc.). This provision also applies to papers filed under seal.

    3. Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **May 26, 2023.** No case dispositive motion under Rule 56 may be filed more than ten days before the above date without leave of the Court.

4. <u>Pretrial Conference and Trial</u>.  The pretrial conference and trial dates will be set for a date to be determined.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE