IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LILI WAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1206 (JLH) |
| | ) |
| CENTRAL TRANSPORT LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 4th day of March, 2024, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment (D.I. 46) is **GRANTED**.

2. Defendant's motion to set the parameters of Plaintiff's deposition (D.I. 36) is **DENIED** as moot.

3. Defendant's motion to preclude Plaintiff from testifying at trial in this matter and for sanctions for failing to appear at the court-ordered medical examination with Dr. John Townsend, III (D.I. 38) is **DENIED** as moot as to the discovery requests and **DENIED** as to the request for monetary sanctions.

4. Defendant's motion for clarification of the parameters of Plaintiff's court-ordered continuation of her deposition (D.I. 42) is **DENIED** as moot.

5.   The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff and to close the case.

_____
The Honorable Jennifer L. Hall
United States District Judge